STATE v. DONALD RAY NEWTON.

AND

STATE v. JAMES BASS ROBERSON ALIAS JIMMIE ROBERSON.

(Filed 3 November, 1965.)

APPEAL by defendants from *Hall, J.,* March, 1965 Criminal Session, VANCE Superior Court.

The defendants were separately indicted but tried together for the common law robbery of Fred Ray Carlisle and the felonious taking from him of the sum of $75.00 in money. At the trial the victim tes-

tified that the defendants forcibly took from him $75.00 after threats and putting him in fear of his life and safety. The evidence disclosed the parties and others had been drinking beer together. The victim's testimony was positive and complete. The defendants' denials were equally so. The defendants offered testimony of another witness, corroborating to a limited extent, their story. The jury returned a verdict of guilty. From a judgment and sentence that each of the defendants be committed to prison for not less than two years and not more than three years, each appealed.

*T. W. Bruton, Attorney General, Harry W. McGalliard, Deputy Attorney General for the State.*
*Sterling G. Gilliam for defendant appellants.*

PER CURIAM. The testimony of the prosecuting witness made out a case of common law robbery against the defendants. The testimony of the defendants made out a defense. Judge Hall submitted the issue under proper instructions. The jury resolved the conflict by accepting the victim's version.

No error.